# Court of Appeals
# of the State of Georgia

ATLANTA,  January 22, 2019

*The Court of Appeals hereby passes the following order:*

### A19A0542. OUTFRONT MEDIA, LLC v. CITY OF ATLANTA BOARD OF ZONING ADJUSTMENT.

We granted Outfront Media, LLC's application for discretionary review following the superior court's affirmance of the City of Atlanta Board of Zoning Adjustment's decision upholding the City's Office of Buildings' denial of Outfront Media's application for a billboard permit. The application was granted in order for this Court to more thoroughly review the record and transcript of the proceeding below. After thorough and plenary review, we have determined that no basis for reversal appears, and thus, the application for discretionary appeal was improvidently granted. Therefore, the order granting the application is hereby vacated and this appeal is accordingly dismissed.

Accordingly, oral argument for this appeal scheduled for Feburary 20, 2019 is hereby canceled.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  01/22/2019*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*